UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHARLES SCHOOLS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KELLY BABINEAU, et al.,<br><br>　　　　Defendants. | No. 2:24-cv-01070 DJC AC PS<br><br><br>ORDER |

　　　　Plaintiff proceeds in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On June 28, 2024, the Magistrate Judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 6. Plaintiff has filed objections to the findings and recommendations. ECF No. 7.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

////

1

1. The findings and recommendations filed June 28, 2024, are adopted in full;
2. All claims against all defendants are DISMISSED with prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **October 11, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2